UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Cesar MANCERA-Serrano,<br><br>    Defendant | Magistrate Docket No. 08 MJ 0647<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **February 29, 2008,** within the Southern District of California, defendant, **Cesar MANCERA-Serrano,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **3rd** DAY OF **March 2008.**

_____
Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Cesar MANCERA-Serrano**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On February 29, 2008, Senior Border Patrol Agent J. Alvarez was performing line watch duties in the Chula Vista area of operations. Agent Alvarez was assigned to an area known as "Johnny Wolfs". At approximately 4:10 a.m., Agent Alvarez responded to a report from Agent C. Loy who was operating a night vision scope. Agent Loy reported seeing three subjects crawling north from the primary international border fence toward a construction site near by. This area is located approximately three miles east of the Otay Mesa, California Port of Entry and approximately 100 yards north of the United States/Mexico International border. After conducting a brief search of the area, Agent Alvarez spotted two individuals hiding in some tall grass. Agent Alvarez approached the individuals and identified himself as a U.S. Border Patrol Agent and questioned them as to their citizenship and immigrations status. Both individuals, including one later identified as the defendant **Cesar MANCERA-Serrano**, freely admitted to being citizens and nationals of Mexico illegally present in the United States. At approximately 4:28 a.m., Agent Alvarez placed the defendant and the other individual under arrest. A third subject in the group was apprehended by Agent P. Ebner just north of the international boundary fence. All Individuals were then transported to the Chula Vista Border Patrol Station for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on February 26, 2008** through the Port of Entry at **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on March 1, 2008 at 10:00 a.m.**

Irene S. Aguirre
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **February 29, 2008**, in violation of Title 8, United States Code, Section 1326.

Cathy A. Bencivengo
United States Magistrate Judge

3/1/08 @ 11:30 AM
Date/Time